RECEIVED
IN MONROE, LA
JUL 17 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| KENNETH BELL | CIVIL ACTION NO. 06-1400 |
| VS. | SECTION P |
| STEVE PYLANT | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

*Consolidated with*

| | |
|---|---|
| KENNETH BELL | CIVIL ACTION NO. 06-1401 |
| VS. | SECTION P |
| CHARLES McDONALD | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 16 day of July, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE